Andrea M. Champion, Esq.
Nevada State Bar No. 13461
**CHAMPION LOVELOCK LAW**
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119
Tel: (702) 805-8450
Fax: (702) 805-8451
achampion@championlawvegas.com

*Counsel for Defendant Las Vegas Grand Prix, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, JUAN CARLOS GIL, individuals, and ACCESS 4 ALL, INC., a Florida not-for-profit Corporation<br><br>Plaintiffs,<br><br>v.<br><br>LAS VEGAS GRAND PRIX, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:26-cv-01406-JAD-DJA<br><br>**SECOND STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Defendant Las Vegas Grand Prix, Inc. ( "Defendant"), and Plaintiffs John Meggs, Juan Carlos Gil and Access 4 All, Inc. (collectively, "Plaintiffs") ("Plaintiffs" and "Defendant" together are the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows ("Stipulation"):

1. Plaintiffs filed their Complaint (the "Complaint") on May 6, 2026, in the United States District Court for the District of Nevada. (Dkt. 1).

2. Defendant was served with the Complaint on May 12, 2026. (Dkt. 9). On May 28, 2026, Defendant executed a waiver of service. Accordingly, Defendant's response is due on or before July 27, 2026. (Dkt. 4).

3. On July 27, 2026, the Court granted Defendants' first request for an extension of its responsive pleading deadline. Defendants' response was due on or before August 26, 2026. (Dkt. 12).

CHAMPION LOVELOCK LAW
6600 Amelia Earhart Ct., Suite A
Las Vegas, NV 89119

4. Given the infancy of this matter, Defendant's need for additional time to investigate Plaintiffs' allegations and the Parties' interest in seeing if a non-litigated resolution can be reached in this case before the Parties incur substantial fees and costs, Plaintiffs have granted Defendant an extension of 30 days to respond to the Complaint, through September 25, 2026.

5. Accordingly, the Parties stipulate and agree to a deviation of the answer deadlines set forth in FRCP 12(a)(1)(A) and FRCP 81(c)(2).

This Stipulation is not intended to cause any delay or prejudice against any party.

**IT IS SO STIPULATED.**

DATED this 24th day of August 2026.

**IGLODY LAW**

By: /s/ Lee I. Iglody, Esq.
Lee I. Iglody, Esq. (NV Bar 7757)
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Tel: (702) 425-5366
lee@iglody.com
*Counsel for Plaintiffs John Meggs, Juan Carlos Gil and Access 4 All, Inc.*

**CHAMPION LOVELOCK LAW**

By: /s/ Andrea M. Champion, Esq.
Andrea M. Champion, Esq. (NV Bar 13461)
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119
Tel: (702) 805-8450
Fax: (702) 805-8451
achampion@championlawvegas.com
*Counsel for Defendant Las Vegas Grand Prix, Inc.*

**THE MINEO SALCEDO LAW FIRM, P.A.**

By: /s/ Garrett Scott Elsinger
Garrett Scott Elsinger (*pro hac vice)*
John A. Salcedo (*pro hac vice application forthcoming*)
5600 Davie Road
Davie, FL 33314
Tel: (954) 463-8100
gelsinger@mineolaw.com
service@mineolaw.com
*Counsel for Plaintiffs John Meggs, Juan Carlos Gil and Access 4 All, Inc.*

**ORDER**

**IT IS SO ORDERED** that Defendant's answer deadline is currently extended through September 25, 2026 by agreement of the Parties. The parties' stipulation (ECF No. 13) is GRANTED.

DATED: August 25, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE