Andrea M. Champion, Esq.
Nevada State Bar No. 13461
**CHAMPION LOVELOCK LAW**
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119
Tel: (702) 805-8450
Fax: (702) 805-8451
achampion@championlawvegas.com

*Counsel for Defendant Las Vegas Grand Prix, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, JUAN CARLOS GIL, individuals, and ACCESS 4 ALL, INC., a Florida not-for-profit Corporation<br><br>Plaintiffs,<br><br>v.<br><br>LAS VEGAS GRAND PRIX, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:26-cv-01406-JAD-DJA<br><br>**THIRD STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Defendant Las Vegas Grand Prix, Inc. ( "Defendant"), and Plaintiffs John Meggs, Juan Carlos Gil and Access 4 All, Inc. (collectively, "Plaintiffs") ("Plaintiffs" and "Defendant" together are the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows ("Stipulation"):

1. Plaintiffs filed their Complaint (the "Complaint") on May 6, 2026, in the United States District Court for the District of Nevada. (Dkt. 1).

2. Defendant was served with the Complaint on May 12, 2026. (Dkt. 9). On May 28, 2026, Defendant executed a waiver of service. Accordingly, Defendant's response was due on or before July 27, 2026. (Dkt. 4).

3. On July 27, 2026, the Court granted Defendant's first request for an extension of its responsive pleading deadline. Defendant's response was due on or before August 26, 2026. (Dkt.

CHAMPION LOVELOCK LAW
6600 Amelia Earhart Ct., Suite A
Las Vegas, NV 89119

12).

4. On August 25, 2026, the Court granted Defendant's second request for an extension of its responsive pleading deadline. Defendant's response is due on or before September 25, 2026. (Dkt. 14).

5. Defendant requires additional time to continue discussions with Plaintiffs to determine if a non-litigated resolution can be reached in this case before the Parties incur substantial fees and costs. Plaintiffs have granted Defendant an extension of 2 weeks to respond to the Complaint, through October 9, 2026.

6. Accordingly, the Parties stipulate and agree to a deviation of the answer deadlines set forth in FRCP 12(a)(1)(A) and FRCP 81(c)(2).

This Stipulation is not intended to cause any delay or prejudice any party.

**IT IS SO STIPULATED.**

DATED this 17th day of September 2026.

**IGLODY LAW**

By: */s/ Lee I. Iglody*
Lee I. Iglody, Esq. (NV Bar 7757)
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Tel: (702) 425-5366
lee@iglody.com

*Counsel for Plaintiffs John Meggs, Juan Carlos Gil and Access 4 All, Inc.*

**THE MINEO SALCEDO LAW FIRM, P.A.**

By: */s/ Garrett Scott Elsinger*
Garrett Scott Elsinger (*pro hac vice*)
John A. Salcedo (*pro hac vice application forthcoming*)
5600 Davie Road
Davie, FL 33314
Tel: (954) 463-8100
gelsinger@mineolaw.com
service@mineolaw.com

*Counsel for Plaintiffs John Meggs, Juan Carlos Gil and Access 4 All, Inc.*

**CHAMPION LOVELOCK LAW**

By: */s/ Andrea M. Champion*
Andrea M. Champion, Esq. (NV Bar 13461)
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119
Tel: (702) 805-8450
Fax: (702) 805-8451
achampion@championlawvegas.com

Counsel for Defendant Las Vegas Grand Prix, Inc.

Case No. 2:26-cv-01406-JAD-DJA

**ORDER**

**IT IS SO ORDERED** that Defendant's answer deadline is currently extended through October 9, 2026 by agreement of the parties.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 22, 2026

**CHAMPION LOVELOCK LAW**
6600 Amelia Earhart Ct., Suite A
Las Vegas, NV 89119